Matter of Matthews (Commissioner of Labor) (2025 NY Slip Op 05023)

Matter of Matthews (Commissioner of Labor)

2025 NY Slip Op 05023

Decided on September 18, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 18, 2025

CV-24-1339
[*1]In the Matter of the Claim of Matthew Matthews, Appellant. Commissioner of Labor, Respondent.

Calendar Date:August 29, 2025

Before:Garry, P.J., Pritzker, Fisher, McShan and Powers, JJ.

Matthew Matthews, Marcellus, appellant pro se.
Letitia James, Attorney General, New York City (Linda D. Joseph of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 17, 2024, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.
Decision affirmed. No opinion.
Garry, P.J., Pritzker, Fisher, McShan and Powers, JJ., concur.
ORDERED that the decision is affirmed, without costs.